**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| AMANDA WOLFE, *et al.*, | : | Case No. 3:25-cv-441 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| MIAMI EAST LOCAL SCHOOL | : | |
| DISTRICT BOARD OF EDUCATION, | : | |
| | : | |
| Defendant. | : | |

---

### NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

---

You are hereby notified that Defendant Miami East Local School District Board of Education filed a Motion to Dismiss on June 1, 2026.  (Doc. #9).  You should receive a copy of the Motion directly from Defendant.

Your response must be filed with the Court not later than **June 25, 2026**.  *See* S.D. Ohio Civ. R. 7.2(a).  If you fail to file a timely response, Defendant's Motion to Dismiss may be granted and your case dismissed.


June 2, 2026                                                   *s/Peter B. Silvain, Jr.*
                                                              Peter B. Silvain, Jr.
                                                              United States Magistrate Judge