**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| AMANDA WOLFE, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:25-cv-441 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| MIAMI EAST LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| | : | |
| Defendant, | : | |
| | : | |
| | : | |

---

**ENTRY AND ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION TO TEMPORARILY STAY PROCEEDINGS DUE TO EXTRAORDINARY FAMILY MEDICAL EMERGENCY (DOC. NO. 18)**

---

Now before the Court is Plaintiff's Emergency Motion to Temporarily Stay Proceedings Due to Extraordinary Family Medical Emergency ("Motion") (Doc. No. 18). In short, Plaintiff Amanda Wolfe ("Wolfe") seeks to stay this case for 90 days while she cares for her minor daughter, who is currently hospitalized and on track to receive an organ transplant. (Doc. No. 18 at PageID 121.) Defendant Miami East Local School District Board of Education has indicated their consent to the requested stay. (*Id.* at PageID 126.) Without objection, and pursuant to the Court's authority under Fed. R. Civ. P. 16, the Court, therefore, **GRANTS** Wolfe's Motion and stays all proceedings and deadlines in this matter for a period of **90 days**, until **Monday, October 16, 2026**. Wolfe shall file a status report regarding her availability to continue this litigation on or before October 16, 2026. Solely for the purposes of observing due diligence, the Court would require that any additional request to delay these proceedings due to the medical condition of Wolfe's minor daughter be accompanied by evidence of said minor's continued illness.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, August 17, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE