**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| AMANDA WOLFE, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:25-cv-441 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| MIAMI EAST LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| Defendant, | : | |
| | : | |
| | : | |

## ORDER OF CORRECTION

The Court previously issued an order staying these proceedings while Plaintiff, proceeding *pro se*, cares for her minor child in the hospital. Pursuant to that order, the Court's stay was to remain in effect until October 16, 2026. This, however, was a calendar date provided in error, whereas the Court intended to stay these proceedings until November 17, 2026. Therefore, the Court hereby **CORRECTS** its previous order and clarifies that these proceedings shall remain **STAYED** until November 17, 2026.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, October 14, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE