**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| AMANDA WOLFE, | : | |
| Plaintiff, | : | Case No. 3:25-cv-441 |
| v. | : | Judge Thomas M. Rose |
| MIAMI EAST LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, | : | Magistrate Judge Peter B. Silvain, Jr. |
| Defendant, | : | |

---

**ENTRY AND ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TEMPORARY STAY DUE TO CONTINUING EXTRAORDINARY FAMILY MEDICAL EMERGENCY (DOC. NO. 21)**

---

Now before the Court is Plaintiff's Motion to Extend Temporary Stay Due to Continuing Extraordinary Family Medical Emergency ("Motion") (Doc. No. 21). Plaintiff Amanda Wolfe ("Wolfe") seeks to stay this case for an additional 90 days while she cares for her minor daughter, who is currently hospitalized for life threatening conditions. (Doc. No. 21 at PageID 134-35.) Without objection, and pursuant to the Court's authority under Fed. R. Civ. P. 16, the Court, **GRANTS** Wolfe's Motion and stays all proceedings and deadlines in this matter for an additional period of **90 days**, until **Monday, February 15, 2027**, at which time this stay shall be automatically lifted. Within 14 days thereafter, Wolfe shall file her response in opposition to Defendant's pending motion to dismiss, if any.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, November 16, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE